

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Joshua Ogle,

\* From the 244th District Court of Ector County, Trial Court No. C-139,276-C.

Vs. No. 11-16-00205-CV

\* November 30, 2016

Brenda Kay Johnson, Inc. and Casey Equipment, Ltd.,

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.